**No. 10-5298. Lisa Denise Bishop, Petitioner v. United States.**

562 U.S. 914, 131 S. Ct. 272, 178 L. Ed. 2d 180, 2010 U.S. LEXIS 6857.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 603 F.3d 279.

**No. 10-5299. Steven Allen Anthony, Petitioner v. Florida.**

562 U.S. 914, 131 S. Ct. 273, 178 L. Ed. 2d 180, 2010 U.S. LEXIS 7253.

October 4, 2010. Petition for writ of certiorari to the District Court of Appeal of Florida, Third District, denied.

Same case below, 22 So. 3d 555.

**No. 10-5300. Anthony Raul Barron, Petitioner v. California.**

562 U.S. 914, 131 S. Ct. 273, 178 L. Ed. 2d 180, 2010 U.S. LEXIS 6842.

October 4, 2010. Petition for writ of certiorari to the Court of Appeal of California, Sixth Appellate District, denied.

**No. 10-5301. Jermaine Antonio Armstrong, Petitioner v. United States.**

562 U.S. 914, 131 S. Ct. 273, 178 L. Ed. 2d 180, 2010 U.S. LEXIS 7107.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 366 Fed. Appx. 476.

**No. 10-5302. KeOndra M. Chestang, Petitioner v. Ray Hobbs, Director, Arkansas Department of Correction.**

562 U.S. 914, 131 S. Ct. 273, 178 L. Ed. 2d 180, 2010 U.S. LEXIS 7140.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

**No. 10-5303. Jeffrey Dumas, Petitioner v. United States.**

562 U.S. 914, 131 S. Ct. 273, 178 L. Ed. 2d 180, 2010 U.S. LEXIS 7035.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 361 Fed. Appx. 646.

**No. 10-5304. Edd Cox, Jr., Petitioner v. Florida.**

562 U.S. 914, 131 S. Ct. 273, 178 L. Ed. 2d 180, 2010 U.S. LEXIS 7262,

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

**No. 10-5305. Refugio Romero-Moreno, aka Rudolfo Tolidano, Petitioner v. Eric H. Holder, Jr., Attorney General.**

562 U.S. 914, 131 S. Ct. 274, 178 L. Ed. 2d 180, 2010 U.S. LEXIS 7106.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.